NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

SOUTHERN CORPORATE PACKERS,
INC.,

        Appellant.

v.

PRINGLE LANE FARMS, LLC,

        Appellee.

Case No. 2D17-2930

Opinion filed June 6, 2018.

Appeal from the Circuit Court for Collier
County, James R. Shenko, Judge.

Louis D. D'Agostino of Cheffy
Passidomo, P.A.; and Kelley Gerachty
Price of Cohen & Grigsby, P.A., Naples, for
Appellant.

Scott S. Katz, Anthony J. Russo and Mehael
Cabulea of Butler Weihmuller Katz Craig, LL
Tampa; and Jessica
M. Skarin of Butler Weihmuller Katz
Craig, LLP, Dallas, Texas, for Appellee.

PER CURIAM.

        Affirmed.

BLACK and ATKINSON, JJ., and CASE, JAMES R., ASSOCIATE SENIOR JUDGE,
Concur.